UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-430-T-23EAJ

SHAKIRUDEEN BALDGUN
_____/

**ORDER**

The United States seeks leave, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, to dismiss, with prejudice, the indictment against Shakirudeen Baldgun. Rule 48(a) provides that, if leave is granted, the prosecution "shall thereupon terminate." Under the circumstances of this case, leave should be freely granted.

The United States' motion (Doc. 3) is **GRANTED** and the indictment is **DISMISSED** with prejudice.

ORDERED in Tampa, Florida, on June 17, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
   United States Marshal